PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

**United States District Court**

**Eastern District of Washington**

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) |
| Jose De Jesus Lopez-Guzman | ) Case No. 2:20CR00117-TOR-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jose De Jesus Lopez-Guzman, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

Mr. Lopez-Guzman recently advised he thoughts of self-harm, in which he reportedly contacted a suicide prevention program for assistance on or about October 30, 2021. Based on his current mental health status, Mr. Lopez-Guzman expressed interest in attending counseling sessions. Therefore, the undersigned officer respectfully recommends the following modification to Mr. Lopez-Guzman's conditions of pretrial release supervision:

**Modified Condition:** The defendant shall participate in a mental health assessment and participate in any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/3/2021    _____  11-3-2021
Signature of Defendant        Date         Pretrial Services/Probation Officer    Date

Jose De Jesus Lopez-Guzman                  Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  11/3/2021
Signature of Defense Counsel    Date

John Stephen Roberts, Jr.

[X]   The above modification of conditions of release is ordered, to be effective on  11/4/2021  .

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_M. K. Dimke_                                    11/4/2021
Signature of Judicial Officer                    Date

Mary K. Dimke